USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/17/2020

Jeffrey A. Rothman
Attorney at Law
315 Broadway, Suite 200
New York, NY 10007
Tel.: (212) 227-2980; Cell: (516) 455-6873
Fax: (212) 591-6343
rothman.jeffrey@gmail.com

January 16, 2020

**By ECF To:**
Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>Giselle Melendez v. City of New York, et al.</u>, 18 Civ. 5390 (AJN)

Your Honor:

    I am counsel for Plaintiff in the above-captioned action. I write, with opposing counsel's consent, to respectfully request (1) that the status conference presently scheduled for this Tuesday, January 21, 2020 at 10:15 a.m. be either adjourned to a later date, or cancelled, and (2) that all discovery dates presently applicable as per Your Honor's Order dated November 14, 2019 (docket # 68) be extended by two months (such that the fact discovery end date is moved from February 28, 2020 to April 30, 2020). There have been two prior extension to the discovery schedule.

    The parties are presently cooperating in the exchange of discovery, and do not presently have any issues to raise with the Court. Should any impasse arise, the parties propose that we at that time write the Court to request either an in-person or a telephonic conference to address any issues at that time.

    I also make the instant application because - in addition to a number of other deadlines in other cases - I am planning to be away from February 15-23, 2020, and am scheduled to begin a trial on March 16, 2020.

    I thank the Court for its consideration in this matter.

**APPLICATION GRANTED:** The Status Conference in this matter that is scheduled for Tuesday, January 21, 2020 at 10:15 p.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Tuesday, March 10, 2020 at 11:15 a.m.</u>
Fact discovery deadline is hereby extended to <u>April 30, 2020.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
01/17/2020