Jeffrey A. Rothman
Attorney at Law
315 Broadway, Suite 200
New York, NY 10007
Tel.: (212) 227-2980; Cell: (516) 455-6873
Fax: (212) 591-6343
rothman.jeffrey@gmail.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/05/2020
```

**MEMO ENDORSED**

March 4, 2020

**By ECF To:**
Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>Giselle Melendez v. City of New York, et al.</u>, 18 Civ. 5390 (AJN)

Your Honor:

    I am counsel for Plaintiff in the above-captioned action. I write - jointly with opposing counsel - to respectfully request that the status conference presently scheduled for this Tuesday, March 10, 2020, be either adjourned to a later date, or cancelled.

    The parties are presently cooperating in the exchange of discovery, and do not presently have any issues to raise with the Court. Should any impasse arise, the parties propose that we at that time write the Court to request either an in-person or a telephonic conference to address any issues at that time.

    I thank the Court for its consideration in this matter.

**The Status Conference in this matter that is scheduled for Tuesday, March 10, 2020 at 11:15 a.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Thursday, April 23, 2020 at 11:30 a.m.**

Respectfully submitted,

/S/

Jeffrey A. Rothman

SO ORDERED:

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
**03/05/2020**