UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GISELLE MELENDEZ,

                            Plaintiff,                      18-CV-5390 (AJN) (KHP)

           -against-                                       <u>**ORDER**</u>

CITY OF NEW YORK, et al.,

                            Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       In light of the national emergency, the status conference in this matter scheduled for April 23, 2020 is hereby adjourned. In lieu of a conference, the parties are directed to file a joint letter to update the Court as to the status of the case.

       **SO ORDERED.**

DATED:      New York, New York
                  March 16, 2020

                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge